Form 7A-1

UNITED STATES COURT OF INTERNATIONAL TRADE　　　FORM 7A

| | |
|---|---|
| Medlink Imaging LLC, and Vieworks America, Ltd.<br><br>　　　　　　　　　　　Plaintiff,<br>　　v.<br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his Official capacity as Commissioner of U.S Customs and Border Protection; and the UNITED STATES OF AMERICA<br><br>　　　　　　　　　　　Defendant. | Court No. 26-1022 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: February 19, 2026

Ngosong Fonkem
Signature of Plaintiff's Attorney

Ngosong Fonkem
Attorney for Plaintiff

Amundsen Davis LLC
Firm

111 E Kilbourn Ave #1400
Street Address

Milwaukee, WI, 53202
City, State and Zip Code

414-225-1464
Telephone Number

nfonkem@amundsendavislaw.com
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: February 19, 2026

Clerk, U. S. Court of International Trade

By: _____/s/ Jason Chien_____
　　　　　Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: February 19, 2026

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)